# SUPREME COURT OF HAWAI‘I

| | | | |
|---|---|---|---|
| Corboy v. Louie | 30049 | 05/18/2011 Denied | |
| Cox v. Cox | SCWC–29593 | 05/02/2011 Denied | 125 Hawai‘i 19, 250 P.3d 775 |